CLERK'S OFFICE U.S. DIST COURT
AT DANVILLE, VA
FILED
for Roanoke
DEC -7 2009
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| DAUGHTON WILLIAM LACEY, JR., ) | Civil Action No. 7:09-cv-00476 |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DANIEL BRAXTON, et al., ) | By: Hon. Jackson L. Kiser |
| Respondents. ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that petitioner's motion for leave to proceed in forma pauperis is **GRANTED**; the petition for an extraordinary writ is **DISMISSED**, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b)(1); and the case is **STRICKEN** from the active docket of the court. Petitioner may refile his present claims in a civil rights action after exhausting his administrative remedies.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 7th day of December, 2009.

/s/ Jackson L. Kiser
Senior United States District Judge